UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE,

    *Plaintiff*,

v.

DISTRICT OF COLUMBIA,

    *Defendant*.

Civil Action No. 19-cv-1173 (CJN)

## VERDICT FORM

**I.**     **Counts I and II: Hostile Work Environment**

    1.   Did **the plaintiff** prove, by a preponderance of the evidence, that she experienced a hostile work environment?

        YES __X__     NO _____

    *IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 2. IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 7.*

    2.   Did **the plaintiff** prove, by a preponderance of the evidence, that the defendant or a member of its management knew or should have known of sexual harassment but failed to take prompt and effective remedial action reasonably calculated to end it?

        YES __X__     NO _____

    *PLEASE PROCEED TO QUESTION 3.*

    3.   Did **the plaintiff** prove, by a preponderance of the evidence, that Mr. Roe was her supervisor?

        YES __X__     NO _____

    *PLEASE PROCEED TO QUESTION 4.*

1

4. Did **the defendant** prove, by a preponderance of the evidence, that it exercised reasonable care to prevent and promptly correct any sexually harassing behavior?

   YES _____     NO ___X___

   *PLEASE PROCEED TO QUESTION 5.*

5. Did **the defendant** prove, by a preponderance of the evidence, that the plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities that is provided or otherwise unreasonably failed to avoid harm?

   YES _____     NO ___X___

   \* \* \* \* \*

   **NEXT STEPS:** *PLEASE PROCEED TO QUESTION 6 ONLY IF AT LEAST ONE OF THE FOLLOWING IS TRUE:*

   *(A)   YOU ANSWERED YES TO QUESTION 2.*

   *(B)   YOU ANSWERED YES TO QUESTION 3 AND NO TO EITHER QUESTION 4 OR QUESTION 5.*

   *IF NEITHER (A) NOR (B) IS TRUE, PROCEED TO QUESTION 7.*

   \* \* \* \* \*

6. What amount of damages would compensate the plaintiff for the harm that the defendant caused as a result of the hostile work environment? This amount should put her in the position she would have occupied if the unlawful conduct had never occurred.

   $ __500,600__

   *PLEASE PROCEED TO QUESTION 7.*

**II.     Counts III and IV: Retaliation**

7. Did **the plaintiff** prove, by a preponderance of the evidence, that the defendant subjected her to a materially adverse action for engaging in a protected activity?

   YES _____        NO __X____

   *IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 8. IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 9.*

   \* \* \* \* \*

8. What amount of damages would compensate the plaintiff for the harm that the defendant caused as a result of the retaliation? This amount should put her in the position she would have occupied if the unlawful conduct had never occurred.

   $_____

   *PLEASE PROCEED TO QUESTION 9.*

3

### III. Count V: Negligent Supervision

9. Did **the plaintiff** prove, by a preponderance of the evidence, that Mr. Roe committed a battery against the plaintiff, the defendant knew or should have known that he behaved in such a manner, and the defendant failed to exercise reasonable care in supervising Mr. Roe ?

   YES __X__     NO _____

*IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 10. IF YOU ANSWERED NO, YOU HAVE FINISHED. THANK YOU FOR YOUR SERVICE.*

\* \* \* \* \*

10. What amount of damages would compensate the plaintiff for the harm that the defendant caused as a result of the negligent supervision? This amount should put her in the position she would have occupied if the unlawful conduct had never occurred.

    $ __200,000__

*YOU HAVE FINISHED. THANK YOU FOR YOUR SERVICE.*

Date: __9/13/2023__

Foreperson