UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>      *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>      *Defendant*. | Civil Action No. 1:19-cv-01173-CJN |

## NOTICE

    Defendant District of Columbia (the District) respectfully notifies the Court that the Parties have reached a settlement resolving all remaining claims in the case, and Plaintiff Jane Doe has executed the final written settlement agreement. Thus, Plaintiff's Bill of Costs [138] and Motion for Attorneys' Fees and Costs [140] are now moot. The Parties expect to file a joint stipulation of dismissal soon.

Date:  January 18, 2024

Respectfully submitted,

BRIAN. L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Jhumur Razzaque*
ALEX KARPINSKI [982184]
JHUMUR RAZZAQUE [1003411]
Assistant Attorneys General
Civil Litigation Division
400 6th Street NW

Washington, D.C. 20001  
Phone: (202) 442-9866; (202) 442-4288  
Fax: (202) 730-1439  
Email: alex.karpinski@dc.gov; jhumur.razzaque@dc.gov  
*Counsel for Defendant District of Columbia*