UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    *Defendant*. | Civil Action No. 1:19-cv-01173-CJN |

## NOTICE OF RELEASE OF CLAIMS FOR ATTORNEY'S FEES AND COSTS

Plaintiff Jane Doe hereby notifies the Court that she has released with prejudice all claims for attorney's fees and costs in connection with this case, including the claims set forth in her Bill of Costs (ECF No. 138) and Motion for Attorney's Fees and Costs (ECF No. 140). The case can now be closed.

Date:  March 12, 2024

Respectfully submitted,

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal (DC Bar No. 1010473)
Michael Ellement (DC Bar No. 1521035)
Alice C. Hwang (DC Bar No. 1010190)
Charlotte H. Schwartz (DC Bar No. 1658311)
JAMES & HOFFMAN, P.C.
1629 K Street, NW, Suite 1050
Washington, DC 20006
202-496-0500
202-496-0555 (facsimile)
dmrosenthal@jamhoff.com
mpellement@jamhoff.com
achwang@jamhoff.com
chschwartz@jamhoff.com

*Counsel for Plaintiff Jane Doe*